ALEJANDRO FIGUEROA
alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HUNTER WRYN,

    Plaintiff,

v.

MICHAEL & ASSOCIATES, PC,

    Defendant.

Case No. 2:19-cv-04344-R-KS

**ORDER**

## ORDER ON DISMISSAL WITH PREJUDICE

    Plaintiff, HUNTER WRYN ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. , having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: September 26, 2019

                                                                               */s/ Gary Klausner*
                                                                           Judge, U.S. District Court

1